

**LAW OFFICE OF**
**GLPC | GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

January 7, 2026

Hon. Judge Edgardo Ramos
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:    **HUNTE v. 1471 FIRST LLC, et al.**
       **DOCKET NO. 1:25-cv-6603**

Dear Judge Ramos:

The undersigned represents Kai Hunte, the plaintiff in the above-mentioned matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for January 15, 2026 (Doc. 14). The request is based on previously scheduled out-of-state travel to Disney World from January 15th through January 22nd and I am unlikely to have access to a secure quiet space for the conference. The Defendants have consented to the request.

I thank the Court for its attention and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

The initial conference is adjourned to February 17, 2026, at 3:30 p.m.  The parties are reminded (1) to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number, and (2) to join the call five minutes before the conference's start time. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:    1/8/2026
New York, New York